## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND (GREENBELT)

---

CRYSTAL ALSTON,                                                   CASE NO. 8:21-cv-01785
       Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC;
EXPERIAN INFORMATION SOLUTIONS,
INC; and TRANS UNION, LLC;
       Defendants.

---

### TRANS UNION, LLC'S NOTICE OF REMOVAL
---

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Circuit Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland, on the following grounds:

1. Plaintiff Crystal Alston served Trans Union on or about July 13, 2021, with a Complaint filed in the Circuit Court for Prince George's County, Maryland. A copy of the Complaint is attached hereto as **Exhibit A**. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint ¶¶ 1, 38-59.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Circuit Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland.

5. Trans Union has confirmed with the Clerk of Courts for the Circuit Court for Prince George's County that they have no document or file suggesting the other named Defendants have been served. To the best of Trans Union's knowledge, the other named Defendants in this matter have not been served as of the date and time of this Notice Of Removal.

6. Notice of this removal will promptly be filed with the Circuit Court for Prince George's County, Maryland and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Circuit Court for Prince George's County, Maryland to this United States District Court, District of Maryland.

Respectfully submitted,

*/s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **19th day of July, 2021**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| None | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **19th day of July, 2021**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Crystal Alston<br>10006 Cedarhollow Ln<br>Largo, MD  20774 | |
|---|---|

*/s/ Robert J. Schuckit*
Robert J. Schuckit, Esq. (MD Federal Bar #14125)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  rschuckit@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*