# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND (GREENBELT)

| | |
|---|---|
| CRYSTAL ALSTON,<br><br>          Plaintiff,<br><br>     v.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION, LLC,<br><br>          Defendants. | Case No. 8:21-cv-01785-PX |

## NOTICE OF SETTLEMENT

Plaintiff, CRYSTAL ALSTON ("Plaintiff"), and Defendant EQUIFAX INFORMATION SERVICES LLC ("Equifax") hereby inform the Court that they have reached an agreement in principle to resolve this matter. Plaintiff and Equifax anticipate filing a Rule 41(a) stipulation of dismissal with prejudice within the next sixty (60) days. Therefore, the parties respectfully request that all dates and deadlines and further activity as to Defendant Equifax only be stricken pending the filing of the stipulation of dismissal.

DATE: September 15, 2021

*/s/ Jeffery W. Styles*
Jeffery W. Styles (No. 20659)
Washington Legal Group, LLC
1666 K Street, Suite 440
Washington, DC  20006
Telephone: (240) 503-1708
jstyles@washlegal.com

*Attorney for Plaintiff*

*/s/ James R. Billings-Kang*
James R. Billings-Kang (No. 29826)
SEYFARTH SHAW LLP
975 F Street, N.W.
Washington D.C.  20004
Telephone:  (202) 828-5356
Facsimile:  (202) 641-9228
JBillingsKang@seyfarth.com
*Attorneys for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I certify that, on September 15, 2021, I filed the foregoing NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system, which will send e-mail notification of such filing to all attorneys of record.

>*/s/ James R. Billings-Kang*
>James R. Billings-Kang
>*Attorney for Defendant Equifax Information Services LLC*