**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND (GREENBELT)**

| | |
|---|---|
| CRYSTAL ALSTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFO. SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 8:21-cv-01785-PX |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, on this 9th day of March, 2022, by and between Plaintiff, Crystal Alston, and Defendant Equifax Information Services, LLC, that pursuant to Fed. R. Civ. P. 41, this action be dismissed against the Defendant, with prejudice, with each party to bear their own attorney's fees, costs and expenses incurred.

RESPECTFULLY SUBMITTED this 9th day of March, 2022.

WASHINGTON LEGAL GROUP, LLC       SEYFARTH SHAW LLP

*/s/ Jeffery W. Styles*                               */s/ Eric Barton*
Jeffery W. Styles (Bar #20659)                Eric Barton
Washington Legal Group, LLC                SEYFARTH SHAW LLP
1666 K Street, NW, Ste 440                    1075 Peachtree Street, N.E.
Washington, DC 20006                           Atlanta, GA  30309
(202) 503-1708                                         Telephone:  (404) 885-1500
Fax: (202) 503-1701                                 Facsimile:  (404) 892-7056
jstyles@washlegal.com                          ebarton@seyfarth.com

*Counsel for Plaintiff Crystal Alston*         *Attorneys for Defendant Equifax Information Services LLC*